UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARDINAL HEALTH 110, INC.,

    Plaintiff,

v.                                              CASE NO: 8:09-cv-802-T-26TBM

DENTAL RX, INC., MAYO FAMILY
PHARMACY, INC., IRA RILEY, JR.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the court file, together with the submissions of Plaintiff's counsel, it is ordered and adjudged as follows:

1) Plaintiff's Motion to reopen Case (Dkt. 18) is denied as unnecessary because the Court specifically reserved jurisdiction to award reasonable attorneys' fees and costs.

2) Plaintiff's Motion to Award Attorneys' Fees and Costs (Dkt. 18) and Motion to Tax Costs (Dkt. 19) are granted.

3) Plaintiff is awarded the sum of $8,823.56 in attorneys' fees and $806.84 in costs for a total award of $9,630.40.

4) The Clerk is directed to enter judgment against Defendants in the additional sum of $9,630.40.

**DONE AND ORDERED** at Tampa, Florida, on August 10, 2009.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record